**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

| | | |
|---|---|---|
| Transform Credit Inc. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:25cv1824 |
| | ) | |
| | ) | |
| Chad Michael Bolton | ) | |
| | ) | |
| Defendant. | ) | |

**<u>JUDGMENT</u>**

Pursuant to the order of this Court entered on April 27, 2026 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the Plaintiff, Transform Credit Inc., and against the Defendant, CHAD MICHAEL BOLTON, in the total amount of $2,557.71, with interest on the principal amount of the judgment to accrue at the contractual rate of 35.99%, plus $500.00 in attorney's fees and $350.00

LAURA GRIFFIN, CLERK OF COURT

By: /s/
D. Van Metre
Deputy Clerk

Dated: 07/14/2026
Alexandria, Virginia